NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILIPS NORTH AMERICA, LLC,**

*Plaintiff-Appellant*

**v.**

**FITBIT LLC,**

*Defendant*

---

2024-1479

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:19-cv-11586-FDS, Judge F. Dennis Saylor, IV.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of ECF No. 49, which the court construes as a motion to dismiss the appeal under Federal Rule of Appellate Procedure 42(b),

2                    PHILIPS NORTH AMERICA, LLC v. FITBIT LLC

IT IS ORDERED THAT:

(1)  The motion is granted, and the appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 26, 2025
        Date

ISSUED AS A MANDATE: August 26, 2025